UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SAFE STEP WALK-IN TUB CO.,

                Plaintiff,                **ORDER**

    -against-                  15-cv-7543 (NSR) (AEK)

CKH INDUSTRIES, INC.,

                Defendant.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

    Discovery in this matter effectively has been stayed pending the resolution of two objections filed by Defendant CKH Industries, Inc. ("Defendant") pursuant to Rule 72 of the Federal Rules of Civil Procedure. *See* ECF No. 165 (objecting to ruling issued by Magistrate Judge Smith on July 7, 2020); ECF No. 175 (objecting to ruling issued by Magistrate Judge Smith on September 18, 2020).

    On or before January 24, 2022, the parties are hereby directed to submit a joint letter of no more than three pages setting forth their respective positions on whether discovery should continue to be stayed pending resolution of the pending objections, or whether there are aspects of discovery that should proceed while those objections remain under consideration.

Dated: January 14, 2022
       White Plains, New York

                                                  **SO ORDERED.**

                                                ANDREW E. KRAUSE
                                                United States Magistrate Judge