UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SAFE STEP WALK-IN TUB CO.,

                    Plaintiff,                      **SCHEDULING ORDER**

      -against-                              15 Civ. 7543 (NSR) (AEK)

CKH INDUSTRIES, INC.,

                    Defendant.
------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      A telephonic status conference before Magistrate Judge Krause is hereby scheduled for **Tuesday, February 14, 2023, at 10:30 a.m.**  By February 9, 2023, the parties are to submit a joint pre-conference letter setting forth (i) what the parties believe to be the remaining issues for discovery, and (ii) a proposed schedule for addressing all outstanding discovery, including expert discovery, if any is contemplated.

      To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700; and (3) press pound (#) to enter the teleconference as a guest.  Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

Dated: February 1, 2023
       White Plains, New York

                                              **SO ORDERED.**

                                              _____
                                              ANDREW E. KRAUSE
                                              United States Magistrate Judge